UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
EVA LEE                                           :

                                  **07 CIV 6475 (JSR)**

                Plaintiff,           :

     - against -                                 :        **RULE 7.1 STATEMENT**

                                         :

NYP HOLDING INC. and
RAYMOND WALSH JR.,                    :

                Defendants.     :
----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant NYP Holdings, Inc., incorrectly named and served as "NYP Holding Inc.," and referred to hereinafter as the "Post," certifies that News Corporation is the ultimate parent company of the Post and that News Corporation is a publicly held corporation.

Dated: New York, New York
       August 17, 2007

                                        Respectfully submitted,

                                        By: /s/ Shari M. Goldsmith
                                            JONES DAY
                                            222 East 41st Street
                                            New York, New York  10017
                                            (212) 326-3939
                                            Willis J. Goldsmith (WG 1598)
                                            Shari M. Goldsmith (SG 0909)

                                            News America Incorporated
                                            1211 Avenue of the Americas
                                            New York, New York  10036
                                            (212) 852-7000
                                            J. Jordan Lippner (JL 0064)

                                            *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, the foregoing Rule 7.1 Statement was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties:

>Neil M. Frank
>Frank & Associates, P.C.
>500 Bi-County Blvd., Suite 112N
>Farmingdale, New York 11735
>Tel: (631) 756-0400

>/s/ Shari M. Goldsmith

>Shari M. Goldsmith (SG 0909)
>Jones Day
>222 East 41st Street
>New York, NY 10017-6702
>smgoldsmith@jonesday.com
>(212) 326-3939