# FRANK & ASSOCIATES, P.C.
──────── ATTORNEYS AT LAW ────────
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank

August 23, 2007

**VIA FIRST CLASS MAIL**

Honorable Jed. S. Rakoff, District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1340
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-07
```

Re: **Eva Lee v NYP Holding Inc., and Raymond Walsh, Jr.**
    **07 CIV 6475 (JSR)**

Dear Judge Rakoff:

This firm represents Plaintiff, Eva Lee in the above-referenced discrimination matter. This letter is respectfully submitted on behalf of both parties to request an adjournment of the September 10, 2007 Initial Conference. Plaintiff's lead attorney on record for this matter is on trial. This is the first request by either party for an adjournment of this Initial Conference.

Defendants courteously consented to Plaintiff's request for an adjournment. However, Defendants will only consent to a short adjournment of one week. Depending on the Court's calendar, Plaintiff and Defendant are available to appear on September 17, 2007 and September 18, 2007. If the adjournment is granted, please advise as soon as possible.

Thank you in advance for your time and consideration of the within request. Please feel free to contact the undersigned if you are in need of any additional information.

Respectfully submitted,

FRANK & ASSOCIATES, P.C.

*/s/ Jennifer L. Mazzo*
Jennifer Leigh Mazzo, Esq

Enc.

Cc Shari M. Goldsmith, Esq. Attorney for Defendant and
   Willis J. Goldsmith, Esq.

*[Handwritten note:]*
8/27/07
Conference rescheduled for 9/17/07 at 11 a.m. Plaintiff's counsel should promptly notify defense counsel.
SO ORDERED
*/s/ JSR*
USDJ

---

~ Employment, Labor Relations and Benefits Litigation ~