# FRANK & ASSOCIATES, P.C.
―――――― ATTORNEYS AT LAW ――――――
500 Bi-County Boulevard, Suite 112N • Farmingdale, New York 11735
Tel: (631) 756-0400 • Fax: (631) 756-0547
E-Mail: nfrank@laborlaws.com

Neil M. Frank

January 10, 2008

**_VIA ECF_**

Honorable Jed. S. Rakoff, District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1340
New York, NY 10007

Re: **Eva Lee v NYP Holding Inc., and Raymond Walsh, Jr.
07 CIV 6475 (JSR)**

Your Honor:

As you are aware, this office is counsel to Plaintiff, Eva Lee in the above-referenced matter. This letter is respectfully submitted on behalf of both parties to request a time change of the scheduled February 15, 2008 Pre Trial Conference. Plaintiff's lead attorney for this matter is a Sabbath observer and as such, will not be able to appear at the scheduled time of 4:00 PM. This is the first request by either party for any change of the scheduled Pre Trial Conference.

Defendants consent to Plaintiff's request for a time chance. Depending on the Court's calendar, the parties are able to appear on February 15, 2008 at 12:00 PM. Please advise the parties whether this time is acceptable.

Thank you in advance for your time and consideration of the within request. Please feel free to contact the undersigned if you are in need of any additional information.

Respectfully submitted,

FRANK & ASSOCIATES, P.C.

*[signature]*

Dale Sheri Skir, ( DS 3892)


Enc.

cc Shari M. Goldsmith, Esq. (Via ECF and Facsimile (212) 755-7306)

―――――――――――――――――――――――――――――――――――――――――
~ Employment, Labor Relations and Benefits Litigation ~