UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA LEE,

                    **Plaintiff,**

      -against-                    07 CIV 6475 (JSR)

NYP HOLDING INC. and
RAYMOND WALSH JR.,

                    **Defendants.**

## DECLARATION OF SHARI M. GOLDSMITH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Shari M. Goldsmith, declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746 the foregoing to be true and correct:

1.     I am an associate with the law firm of Jones Day, attorneys for Defendant NYP Holdings, Inc., incorrectly named as "NYP Holding Inc." (hereinafter the "Post" or "Company"), in the above-captioned action, and am one of the attorneys principally responsible for defense of the Post in this action.

2.     Attached hereto as Exhibit 1 are true and correct excerpted pages from the transcript of the deposition of Eva Siu-San Lee on November 13, 2007.

3.     Attached hereto as Exhibit 2 are true and correct excerpted pages from the transcript of the deposition of Raymond Walsh, Jr. on December 20, 2007.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Raymond Walsh, Jr., executed on January 17, 2008, including all exhibits thereto.

5.     Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Whit Sutherland, executed on January 17, 2008, including all exhibits thereto.

- 2 -

6.  Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Michael Granito, executed on January 18, 2008.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of Lloyd Vasquez, executed on January 17, 2008, including all exhibits thereto.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the Affidavit of Amy Scialdone, executed on January 16, 2008, including all exhibits thereto.

Dated: New York, New York
January 18, 2008

                Respectfully submitted,

                s/Shari M. Goldsmith
                Shari M. Goldsmith (SG 0909)

                Jones Day
                222 E. 41st Street
                New York, New York 10017-6702
                (212) 326.3772

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 18, 2008, the foregoing was served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon all attorneys of record listed below:

>Neil M. Frank
>Frank & Associates, P.C.
>500 Bi-County Blvd., Suite 112N
>Farmingdale, New York 11735
>Tel: (631) 756-0400
>nfrank@laborlaws.com
>
>*Attorney for Plaintiff Eva Lee*

>>s/Shari M. Goldsmith
>>Shari M. Goldsmith