Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA LEE,

             Plaintiff,

-against-                    07 CIV 6475 (JSR)

NYP HOLDING INC. and
RAYMOND WALSH JR.,

             Defendants.

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective attorneys, that this action, including all claims therein, be dismissed with prejudice and without fees or costs to any party.

By: /s/ Neil M. Frank

Neil M. Frank
Frank & Associates, P.C.
500 Bi-County Blvd., Suite 112N
Farmingdale, New York 11735
Tel: (631) 756-0400

*Attorneys for Plaintiff*

By: /s/ Shari M. Goldsmith

Shari M. Goldsmith (SG 0909)
Willis J. Goldsmith (WG 1598)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

J. Jordan Lippner (JL 0064)
News America Incorporated
1211 Avenue of the Americas
New York, New York 10036
(212) 852-7000

*Attorneys for Defendant*

So Ordered This
11 Day of February 2008

/s/ Jed S. Rakoff
Honorable Judge Jed S. Rakoff
United States District Judge

NY1-4060921v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08